The People of the State of New York, Respondent,
against
Earl Tate, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Alexander M. Tisch, J.), rendered December 9, 2013, convicting him, upon a plea of guilty, of assault in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Alexander M. Tisch, J.), rendered December 9, 2013, affirmed.
Defendant argues that the accusatory instrument was jurisdictionally defective as to the third-degree assault charge (Penal Law § 120.00) to which he pleaded guilty. Significantly, however, the only relief defendant requests is dismissal of the entire accusatory instrument. Since it cannot be said that no penological purpose would be served by remanding the matter to Criminal Court for further proceedings on the remaining class A misdemeanor offense (forcible touching) charged therein (see People v Allen, 39 NY2d 916, 918 [1976]), dismissal is not warranted and therefore we affirm on this basis. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: September 21, 2018